UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| JOE STEPHENS | CIVIL ACTION NO. 5:19-0944 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| PAUL J. CARMOUCHE, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons set forth in the Report and Recommendation of the Magistrate Judge, which are adopted by this Court after having conducted a de novo review of the entire record, and for those additional reasons set forth in this Court's Ruling,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff's lawsuit is DISMISSED WITH PREJUDICE as malicious and duplicative.

IT IS FURTHER ORDERED that his Motion and a Request for an Order to Withdraw [Doc. No. 10] is DENIED.

MONROE, LOUISIANA, this 28th day of August, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE